USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  6/3/20 _____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------- x
                                     :

**DR. STEPHANIE CATO,**
                                      :
                                      :

                    **Plaintiff,**
                                      :                **1:18-cv-8198**
                                        :

             **-against-**
                                        :                **ORDER**

**IMAGES COSMETIC SURGERY et a;**
                                        :

                      **Defendants.**
                                        :

-------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

      On December 3, 2019 the Court ordered Plaintiff to show cause by January 13, 2019 as to

why this action should not be dismissed without prejudice for failure to prosecute the case

pursuant to Fed. R. Civ. P. 41(b). Such showing was not made.  Accordingly, this case is

dismissed without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).  *See*

*LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001) ("[I]t is unquestioned that

Rule 41(b) also gives the district court authority to dismiss a plaintiff's case sua sponte for failure

to prosecute . . .").

**SO ORDERED.**

 **Dated**:   June 3, 2020
             New York, New York

_____
                **ANDREW L. CARTER, JR.**
                **United States District Judge**

1